UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LARRY THARP** | * | **CIVIL ACTION NO. 23-3018** |
| | * | |
| - VERSUS - | * | **JUDGE BARRY W. ASHE** |
| | * | |
| **RIVER SERVICES COMPANY, LLC** | * | **MAG. JUDGE MICHEAL NORTH** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINANT'S WITNESS AND EXHIBIT LISTS**

  **NOW INTO COURT**, through undersigned counsel, comes Complainant, Larry Tharp, who submits his Witness and Exhibit Lists as follows:

**A. COMPLAINANT'S WITNESS LIST**

  1. Larry Tharp
    178 Williams Street,
    Trenton, GA 30752

    Witness will testify as to the fact and circumstances surrounding the incident, earning history, medical care, his damages, and overall condition.

  2. Billy Mitchell
    Salvage Operator for River Services Company LLC
    312 Seaside Drive,
    Greenville, MS 38701

    Witness will testify as to the fact and circumstances surrounding the incident.

  3. Turner Williams
    Salvage Master for Big River Shipbuilders LLC
    125 Amberleaf Drive,
    Vicksburg, MS 39180

    Witness will testify as to the facts and circumstances surrounding the incident.

4. Fred Budwine
   Owner of River Services Company LLC

   Witness will testify as to the facts and circumstances surrounding the incident, River Services polices & procedures & earnings of divers.

5. John Chandler
   Operations Manager for River Services Company LLC
   900 Laurel Street,
   Summit, MS 39666

   Witness will testify as to the hiring of Mr. Tharp and circumstances surrounding the incident, earning history, medical care, condition, activity, and policies & procedures of River Services Company LLC.

6. River Services Company, Inc.

   Witness will testify regarding any investigation of the incident in suit, Plaintiff's employment and work history, Plaintiff's earnings and earning potential, employment benefits, company policy and procedures.

7. Oscar Sanchez
   Deckhand for Big River Shipbuilders

   Witness will testify as to the facts and circumstances surrounding the incident.

8. Brandon S. Boyd, M.D.
   Hayes Hand Center
   901 Riverfront Pkwy #100
   Chattanooga, TN 37402

   Witness will testify regarding medical treatment and prognosis of Plaintiff.

9. Daniel Mccallum M.D.
   Merit Health Natchez Surgeon
   54 Sergeant Prentiss Drive
   Natchez, MS 39120

   Witness will testify regarding medical treatment and prognosis of Plaintiff.

10. Danarius Williams M.D.
    Merit Health Natchez Attending Physician
    54 Sergeant Prentiss Drive
    Natchez, MS 39120

    Witness will testify regarding medical treatment and prognosis of Plaintiff.

11. Ryan York, OTD
    Hayes Hand Center
    901 Riverfront Pkwy #100,
    Chattanooga, TN 37402

    Witness will testify regarding medical treatment and prognosis of Plaintiff.

12. G. Randolph Rice
    7048 Moniteau Court
    Baton Rouge, LA 70809
    Forensic Economist

    Witness will testify as an expert regarding the past and future economic loss suffered by Mr. Tharp.

13. Thomas Meunier, Jr.
    3932 North Arnoult Rd.
    Metairie, LA 70002
    Vocational Rehabilitation Therapist

    Witness will testify as an expert in vocational rehabilitation.

14. Eric R. George, M.D.
    Hand Surgical Associates
    4228 Houma Blvd., Suite 600
    Metairie, LA 70006

    Witness will testify regarding medical treatment and prognosis of Plaintiff.

15. Fred Liebkemann
    Mechanical Engineering Expert
    102 Legendre Drive
    Slidell, LA 70460

    Witness will render opinion testimony on the matters of safety and appropriateness of tasks performed on day of incident.

16. Trevor D. Bardarson, PT, OCS
    ISR Physical Therapy
    1516 River Oaks Rd W,
    Harahan, LA 70123

    Witness will testify regarding the results of the functional capacity examination and render expert testimony regarding the results of that test.

17. Plaintiff Reserves the right to supplement and amend this Preliminary Witness List.

**B. COMPLAINANT'S EXHIBIT LIST**

1. Larry J. Tharp's medical records/reports from Dr. Daniel Mccallum and/or Merit Health Natchez

2. Larry J. Tharp's medical records/reports from Ryan York OTD and/or Hayes Hand Center

3. Larry J. Tharp's medical records/reports from Dr. Brandon S. Boyd and/or Hayes Hand Center

4. Larry J. Tharp's medical records from Dr. Danarius Williams and/or Merit Health Natchez

5. Any medical reports prepared by any physician or other health care professional who has ever examined or treated Plaintiff for any injuries or illnesses, including, but not limited to, the alleged injuries which form the basis of this lawsuit.

6. Any records, reports, charts, diagnostic studies or any other documentation from any hospital, clinic or other health care facility at which Plaintiff has ever received any medical treatment for any injuries or illnesses, including but not limited to, the alleged injuries which form the basis of this lawsuit.

7. Any records relating to any facility at which Plaintiff has been referred for physical therapy.

8. Prescription records for Larry J. Tharp

9. Drawing of Accident Sites

10. River Services Company, LLC's Emails [RSC 000464-000489]

11. River Services Company, LLC's Larry Tharp's Weighted Overtime Rate [RSC 000490]

12. River Services Company, LLC Billy Mitchell's Weighted Overtime Rate [RSC 000491]

13. River Services Company, LLC's Employee Handbook

14. Big River Shipbuilders, LLC's Emails

15. Big River Shipbuilders, LLC's Injury or Incident Report

16. River Services Company, LLC's Insurance Policies

17. Big River Shipbuilders, LLC's Insurance Policies

18. Big River Shipbuilders, LLC's JSA Hazard Worksheets

19. Big River Shipbuilders, LLC's Site-Specific Health and Safety Plan

20. Big River Shipbuilders, LLC's Vessel General Permits

21. LHWCA Claim File

22. River Services Company, LLC's Safety Manual

23. River Services Company, LLC's Time Sheets for Larry J. Tharp

24. River Services Company, LLC's Website

25. River Services Company, LLC's Emergency Response/Dive Report

26. Invoice #04039-2023 from RSCO for SUSAN K

27. RSCO TME Log SCF 14119B P.P 4.24.23

28. RSC Time Tickets April 26-30, 2023, Susan K

29. RSC Mail- PT Order

30. RSC Mail- Larry Tharp

31. RSC Mail- RE Larry Tharp

32. Larry Tharp W.C. File [RSC 000074-000090]

33. Photos of Dive Boat Mr. Brice

34. Photos of Survey Boat Athena
35. Merit Health Natchez Certified Images
36. Merit Health Natchez Records
37. River Services Company, LLC Safety Manual
38. Billy Mitchell's Certificates and Licenses
39. Larry J. Tharp's Certificates and Licenses
40. Larry J. Tharp's TME Log
41. Larry J. Tharp's TME Log
42. Larry J. Tharp's Driver's License
43. Larry J. Tharp's Education Records
44. Larry J. Tharp's Employment Records
45. Larry J. Tharp's Income Tax Returns
46. Larry J. Tharp's Payroll Records
47. Larry J. Tharp's Personnel File with River Services Company, LLC
48. Larry J. Tharp's Doctors Orders [RSC 000669-000670]
49. Larry J. Tharp's Resume
50. Photos of the Incident/Job scene
51. W-2's or other documents evidencing earnings of Larry J. Tharp
52. Video clip describing tasks of a commercial diver
53. Images of a Commercial Diver
54. Rendering of worksite

Respectfully submitted,

DELISE & HALL

*s/Bobby J. Delise*
**BOBBY J. DELISE (#4847)**
**JEANNETTE M. DELISE  (#38187)**
5190 Canal Blvd., Suite 103
New Orleans, LA  70124
Telephone: (504) 836-8000
Fax: (504) 836-8020
bdelise@dahlaw.com
jdeliselaw@gmail.com

-and-

*s/Alton J. Hall, Jr.*
**ALTON J. HALL, JR. (#20846)**
528 W. 21st Avenue
Covington, LA 70433
Telephone: (985) 249-5915
Fax: (985) 809-5787
ahall@dahlaw.com

**Attorneys for Complainant**
**LARRY J. THARP**

## CERTIFICATE OF SERVICE

I hereby certify that May 20, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

*s/Bobby J. Delise*
Bobby J. Delise